Marilyn E. MATHESON, Plaintiff–Counter–Defendant–Appellant,

v.

OCWEN FEDERAL BANK FSB, Delta Funding Corporation, Wells Fargo Bank Minnesota, National Association, as trustees for Delta Home Equity Loan Trust, Delta Funding Home Equity Loan Trust, Banker Trust Company of California, N.A., as Trustees for the Delta Funding Home Equity Loan Trust, Norwest Bank Minnesota, also as Trustee for the Delta Funding Home Equity Loan Trust, Defendants–Counter–Claimants–Appellees,

Allstate Consultant, Inc., also known as City Mortgage Bankers, Doe Corporation, 1 through X, Defendants–Appellees.

No. 08–3650–cv.

United States Court of Appeals, Second Circuit.

Feb. 22, 2010.

Marilyn E. Matheson, pro se, Rosedale, N.Y., for Appellant.

Kyra A. Grundeman (Daniel L. Cantor, Brian P. Brooks, on the brief), O'Melveny & Myers LLP, New York, N.Y., for Appellees.

PRESENT: ROBERT A. KATZMANN, REENA RAGGI, Circuit Judges, and JOHN G. KOELTL,* District Judge.

### SUMMARY ORDER

Marilyn E. Matheson, *pro se,* appeals from the district court's order granting summary judgment in favor of all defendants except Delta Funding Corporation and Delta Financial Corporation. We assume the parties' familiarity with the facts and procedural history.

Upon review of the record and case law, this Court has determined *sua sponte* that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Coopers & Lybrand v. Livesay,* 437 U.S. 463, 467, 98 S.Ct. 2454, 57 L.Ed.2d 351 (1978). Appellant's claims against Delta Funding Corporation and Delta Financial Corporation remain unresolved because those defendants are protected by a bankruptcy stay, *see Manufacturers Hanover Trust Co. v. Yanakas,* 7 F.3d 310, 314–15 (2d Cir.1993), and a final judgment as to fewer than all parties has not been entered as contemplated by Fed. R.Civ.P. 54(b). *See LTV Steel Co., Inc. v. United Mine Workers of America (In re Chateaugay Corp.),* 928 F.2d 63, 64–65 (2d Cir.1991)

For the reasons stated above, the appeal is DISMISSED without prejudice to a reinstatement should the district court certify "a final judgment as to one or more, but fewer than all, claims or parties" based on a finding of "no just reason for delay." Fed.R.Civ.P. 54(b).

---

\* The Honorable John G. Koeltl, of the United States District Court for the Southern District of New York, sitting by designation.